# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDD PRYOR,

    *Plaintiff*,

vs.

PAUL ABINSAY*, et al.,*

    *Defendants*.

2:07-cv-00941-RCJ-GWF

ORDER

This stayed and administratively closed prisoner civil rights action comes before the Court for a status review.

The Court stayed the damage claims in this action on April 9, 2008, pending the outcome of plaintiff's criminal proceedings, through to the completion of all proceedings on direct review of any judgment of conviction.

The Court takes judicial notice of the proceedings reflected in the online docket record for No. C226530 in the Eighth Judicial District Court for the State of Nevada. Plaintiff was convicted on July 24, 2008, in the criminal proceeding that was the subject of the instant action. He did not appeal the conviction or pursue any collateral review. The time for seeking state and federal post-conviction relief long since has expired.

Further proceedings herein prior to entry of a final and conclusive judgment in this matter would be an imprudent application of limited judicial resources.

IT THEREFORE IS ORDERED that the stay in this matter shall be LIFTED and that the Clerk shall administratively reopen this action in connection with entry of final judgment.

IT FURTHER IS ORDERED that the Clerk of Court shall enter final judgment, dismissing this action without prejudice.

DATED:     October 7, 2014

_____
ROBERT C. JONES
United States District Judge